No. 01–467.  GILCHRIST v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 01–481.  LOE ET AL. v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 01–5257.  SANDERS v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 01–5355.  JONES v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–5759.  BRADSHAW v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Va.  Certiorari denied.

No. 01–5764.  MCCOY v. LOUISIANA.  4th Jud. Dist. Ct. La., Ouachita Parish.  Certiorari denied.

No. 01–5765.  MCKINNEY v. CAREY, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 01–5774.  PATTERSON v. CAIN, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 01–5775.  ORDONEZ v. TAFOYA, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 01–5779.  PIKE v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 01–5781.  HIDALGO v. RICE, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 01–5784.  JARRELL v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 01–5785.  JACKS v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 01–5789.  JONES v. BUTTERWORTH, ATTORNEY GENERAL OF FLORIDA, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 01–5791.  BATDORF v. CITY OF SAN FRANCISCO ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 01–5793.  AIMES v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.